AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHAWNA MONTES, for herself, as a private attorney general, and on behalf of all others similarly situated,<br><br>*Plaintiff*<br>v.<br>CATALYST BRANDS LLC, SPARC GROUP LLC and PENNEY OPCO LLC<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:25-CV-0281-TOR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2025**

SEAN F. MCAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss First Amended Complaint (ECF No. 10) is GRANTED in part. Plaintiff's claims are DISMISSED without prejudice for lack of standing.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date: 12/4/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*