

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 26-241, 25-8045 |
| Originating Case Number: | 2:25-cv-00281-TOR |
| Case Title: | Montes v. Penney OpCo, LLC, et al. |

This order vacates all brief due dates set by previously-issued time schedule orders. The parties will meet the following cross appeal time schedule.

**1/20/2026**

| | |
|---|---|
| Shawna Montes | Mediation Questionnaire due |

**2/23/2026**

| | |
|---|---|
| SPARC Group LLC | Cross Appeal First Brief Due |
| Penney OpCo, LLC | Cross Appeal First Brief Due |
| Catalyst Brands LLC | Cross Appeal First Brief Due |

**3/25/2026**

| | |
|---|---|
| Shawna Montes | Cross Appeal Second Brief Due |

**4/24/2026**

| | |
|---|---|
| Catalyst Brands LLC | Cross Appeal Third Brief Due |
| Penney OpCo, LLC | Cross Appeal Third Brief Due |
| SPARC Group LLC | Cross Appeal Third Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**